UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ISAAC GUTIERREZ, on behalf of himself and others similarly situated,

    Plaintiff,

v.

BLCH 3RD AVE. LLC d/b/a BRICK LANE CURRY HOUSE, BRICK LANE CURRY HOUSE INC. d/b/a BRICK LANE CURRY HOUSE, BRICK LANE CURRY HOUSE TOO, INC. d/b/a BRICK LANE CURRY HOUSE, SATINDER SHARMA, and GAURANG GHANDHI,

    Defendants.
_____

**Case No. 15-CV-5053 (CM) (KNF)**

**NOTICE OF APPERANCE**

**PLEAST TAKE NOTICE** that Nitin Kaushik Esq. of Kaushik & Associates, PLLC hereby appears as attorney for the defendants in the above-captioned case. I am admitted or otherwise authorized to practice in this court. All papers in this proceeding should be served upon the undersigned at the address listed below.

Dated: November 17, 2015
   New York, NY

                _____
                Nitin Kaushik
                Kaushik & Associates, PLLC
                Attorneys for the Defendant
                38 West 32nd Street
                Suite 1511
                New York, NY 10001-0310
                T: (212) 380-1029
                F: (212) 656-1013
                Email: nkaushik@kaushiklex.com