USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/17

# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email info@jcpclaw.com

**MEMO ENDORSED**

March 24, 2017

*OK – last extension no further extensions*

*Colleen McM*
*3/24/17*

**BY ECF**

Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, New York 10007

    Re: *Gutierrez v. BLCH 3rd Ave. LLC, et al.*
       Case No. 15-CV-5053 (CM) (KNF)

Dear Judge McMahon,

  We are counsel to the plaintiff in the above-referenced matter. Please accept this letter as the parties' joint request for an extension of time to file their Joint Pretrial Order ("JPO") and associated pretrial paperwork as required by Your Honor's Individual Practices.

  Due to various scheduling conflicts, including my being out of pocket with a severe cold, the parties will be unable to meet the current March 31st deadline. We request that the parties be given until Friday, May 5, 2017 to submit the JPO and other material.

  No prior request for an extension has been made, and no other dates would be affected if the extension were granted.

  We thank the Court for considering this application.

          Respectfully submitted,

          Justin Cilenti

JC/tc
cc: Ganesh Viswanathan, Esq. (by ECF)