# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

May 23, 2017

**BY ECF**

Hon. Colleen McMahon, Chief U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, New York 10007

                *Re:*    *Gutierrez v. BLCH 3rd Ave. LLC, et al.*
                       *Case No. 15-CV-5053 (CM) (KNF)*

Dear Judge McMahon,

      We are counsel to the plaintiff in the above-referenced FLSA matter. The parties' Joint Pretrial Order and associated pretrial paperwork as required by Your Honor's Individual Practices are due to be filed today. However, we are pleased to advise that the parties have reached a settlement in principle. Accordingly, we request that the parties be given until June 9, 2017 to submit the agreement to the Court for review and approval.

      We thank the Court for considering this application.

                                                Respectfully submitted,

                                                  Justin Cilenti

JC/tc

cc: Ganesh Viswanathan, Esq. (by ECF)